

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Shawn C Miller, individual

**Plaintiff,**

V.

Bank of America Corporation, aka Bank of America Home Loans; MTC Financial Inc., aka Trustee Corps; Does 1-20

**Defendant.**

Civil Action No.   16cv1434-LAB-JMA

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the two federal claims (under RESPA and TILA) are time-barred, they are dismissed with prejudice. The remaining claims are dismissed without prejudice but without leave to amend for lack of jurisdiction, as well as for failure to prosecute and disobedience to the Court's orders.

Date:   6/9/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Fincher

L. Fincher, Deputy